UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

RANDALL GRIFFIN (MDOC
#196968), a/k/a Randle Griffin,

                      NO. 5:11-cv-14876

    Plaintiff,

                      HON. JOHN CORBETT O'MEARA

v.

LOUIS CONDON, JOSEPH
DOWNWARD, and GARY
MCMURTRIE,



FILED

JAN 2 4 2017

CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

    Defendants.

## VERDICT FORM

### 1. Form of Verdict:

1.    Do you find that Plaintiff proved, by a preponderance of the evidence, that any of the Defendants violated the Plaintiff's First Amendment rights?

| | | |
|---|---|---|
| Condon | Yes ✓ 7-1 | No _____ |
| Downard | Yes ✓ 7-1 | No _____ |
| McMurtrie | Yes ✓ 7-1 | No _____ |

If you answered "No" as to all Defendants, you have reached a verdict. Have your foreperson sign the verdict form and inform the bailiff. If you answered "Yes" as to any Defendant, complete questions 2 and 3.

2.    Do you find that Plaintiff proved, by a preponderance of the evidence, that two or more of the Defendants committed a conspiracy to violate the Plaintiff's First Amendment rights?

Condon        Yes _✓_ 7-1        No _____

Downard      Yes _✓_ 7-1        No _____

McMurtrie    Yes _✓_ 7-1        No _____


3.    We find that the Plaintiff proved his claim(s), by a preponderance of the evidence, in Count 1 and/or Count 2 and we award damages in the following amounts:

Condon:        Actual/Compensatory/Presumed
               **OR** Nominal Damages                    $ _500.00_ 7-1

               Punitive                                  $ _5,000_


Downard:       Actual/Compensatory/Presumed
               **OR** Nominal Damages                    $ _500.00_ 7-1

               Punitive                                  $ _3,000_


McMurtrie:     Actual/Compensatory/Presumed
               **OR** Nominal Damages                    $ _500.00_ 7-1

               Punitive                                  $ _3,000_


You have now reached a verdict. Have your foreperson sign the verdict form and inform the bailiff.


                                    **s/ Foreperson**_____
                                    **Foreperson Signature**

                          **In accordance with the Privacy Policy**
                          **the verdict form with original signature has been**
                          **filed under seal**

Date  _1/24/17_